BUFFALO COMMERCIAL INSURANCE COMPANY, Appellant and
Respondent, *v.* EUGENE A. GEORGER et al., Appellants,
and J. HENRIETTA HOFFELD, as Executrix of RUDOLPH
HOFFELD, Deceased, et al., Respondents.

*Buffalo Commercial Ins. Co.* v. *Georger*, 128 App. Div. 914, affirmed.
(Argued February 25, 1910; decided March 15, 1910.)

CROSS-APPEALS from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered November 24, 1908, which affirmed a judgment in
favor of plaintiff against defendants, appellants, and dismissing
the complaint as to the defendants, respondents, entered upon
a decision of the court at a Trial Term without a jury in an
action to recover upon a contract of guaranty.

*Edward R. O'Malley* and *Fred Greiner* for plaintiff,
appellant and respondent.

*Louis L. Babcock, Robert F. Schelling* and *Charles P. Norton* for defendants, appellants.

*Charles M. Harrington, John C. Hubbell* and *H. B. Van Peyma* for defendants, respondents.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WILLARD BARTLETT and CHASE, JJ. Not sitting: HAIGHT, J. Absent: VANN, J.